SADIE LOURIE, as Executrix of MICHAEL R. LOURIE, Deceased, Respondent, v. GEORGE H. COLE, Appellant. SADIE LOURIE, Respondent, v. GEORGE H. COLE, Appellant.— Order affirmed, without costs of this appeal to any party. All concur. (The order denies defendant's motion to dismiss plaintiffs' complaints for failure to prosecute two actions for damages arising out of a collision of two automobiles, on condition that the actions be placed on the May, 1944, calendar and disposed of at that term or the next term.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

NEW YORK LIFE INSURANCE COMPANY, Appellant, v. JOSEPH J. CHRISTIANO et al., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs, with leave to defendants to move to frame issues for a jury trial on the question of fraud. All concur. (The order grants defendants' motion for trial by jury upon all issues of fact arising from the pleadings in an action to declare void the reinstatement of a life insurance policy.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

NEW YORK LIFE INSURANCE COMPANY, Appellant, v. JOSEPH J. CHRISTIANO et al., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs, in view of the decision in the companion case of New York Life Ins. Co. v. Christiano (ante, p. 1046, decided herewith). All concur. (The order grants defendants' motion for a stay of the trial in equity term pending trial and determination of framed issues by a jury.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HENRY T. MIESCH, Respondent, v. JACK MINER et al., Appellants.— Judgment and order of the Onondaga County Court and judgment of the Municipal Court of the City of Syracuse reversed on the law and a new trial granted in the Municipal Court of the City of Syracuse, with costs in all courts to appellants to abide the event, on the ground that the verdict so far as it relates to the amount of the damages is not supported by the evidence. All concur. (The judgment affirms a judgment of the Syracuse Municipal Court in favor of plaintiff in an automobile negligence action.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ROBERT WALKER, Respondent, v. IRWIN FELSEN, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

EDWARD WURL, Respondent, v. CITY OF BUFFALO, Appellant. ANNA WURL, Respondent, v. CITY OF BUFFALO, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants plaintiffs' motions to restore both cases to the trial calendar for the term to commence May 1, 1944.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

REFRIGERATION PATENTS CORPORATION, Respondent v. WILLIAM T. MORRIS, Appellant.— Order so far as appealed from modified by adding to subdivision 3 of paragraph " B " the following: " The nature of such infringements and the period or periods of time covered thereby," and as modified affirmed, without costs of this appeal to either party. All concur. (The portion of the order appealed from denies in part defendant's motion for a bill of particulars.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.